IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-1671-MSK-PAC

DRUGSTORE.COM, INC., a Delaware corporation

    Plaintiff,

v.

DR. ANDREW WEIL, and individual, and
WEIL LIFESTYLE, LLC, an Arizona limited liability company,

    Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on Plaintiff's Amended Complaint filed in response to the Court's Order to Show Cause **(#4)**. Having reviewed the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause **(#4)** is deemed satisfied and the Order is **DISCHARGED.**

Dated this 4th day of October, 2005.

                                          **BY THE COURT:**

                                          *[signature: Marcia S. Krieger]*

                                          Marcia S. Krieger
                                          United States District Judge