IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-1671-MSK-PAC

DRUGSTORE.COM, INC., a Delaware corporation

       Plaintiff,

v.

DR. ANDREW WEIL, and individual, and
WEIL LIFESTYLE, LLC, an Arizona limited liability company,

       Defendants.

_____

**ORDER TO DISMISS WITH PREJUDICE**
_____

THIS MATTER, having come before the Court on the parties' Stipulation to Dismiss with Prejudice **(#33)** pursuant to Fed. R. Civ. P. 41(a)(1), and the Court having considered the parties' Stipulation, finds that it is well-taken.

IT IS, THEREFORE ORDERED that the Parties' Stipulation to Dismiss with Prejudice is hereby GRANTED, and that all claims are hereby dismissed with prejudice with each party to pay their own costs, expenses and attorney's fees.

DATED this 12th day of January 2006.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*
       _____

       Marcia S. Krieger
       United States District Judge